# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 1, 2020

160613

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

ESTATE OF MICHAEL WHYTE, by DANIEL
BERRY, Personal Representative,
                    Plaintiff-Appellant,

v                                                               SC: 160613
                                                                COA: 343161
                                                                Wayne CC: 16-009474-NO

DETROIT TRANSPORTATION CORPORATION,
DETROIT PEOPLE MOVER, EDITH BOWLES,
and CYNTHIA GEHLERT,
                    Defendants-Appellees,
and

JOHN DOE,
                    Defendant.

_____/

On order of the Court, the application for leave to appeal the October 17, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 1, 2020


Clerk

t0624